## SMITH v. OHIO OIL COMPANY.

[No. 6,371. Filed January 26, 1909.]

From Wells Circuit Court; *Edwin C. Vaughn*, Judge.

Action by S. Walter Smith against the Ohio Oil Company. From a judgment for defendant, plaintiff appeals. *Affirmed.*

*Eichhorn & Matlack*, for appellant.
*Simmons & Dailey*, for appellee.

WATSON, C. J.—This was an action by the appellant under §§7981, 7982 Burns 1908, Acts 1885, p. 36, §§1, 2, to recover $49 wages due him from appellee, and to recover the further sums of $92, statutory penalty, and $50 attorney's fees.

The cause was put at issue and trial by the court had, which resulted in a finding and judgment for appellant for $49.

The errors assigned in this court are, (1) the sustaining of appellee's motion to strike out parts of the complaint; (2) the overruling of appellant's motion to modify the judgment.

The record discloses that the appellee, before trial, offered to confess judgment for $49, so the only question involved in this con-

troversy is the statutory penalty and the attorney's fees under §§7981, 7982, *supra.*

In the case of the *Toledo, etc., R. Co.* v. *Long* (1907), 169 Ind. 316, the court held §§7981, 7982, *supra,* unconstitutional, upon the authority of *Bedford Quarries Co.* v. *Bough* (1907), 168 Ind. 671, and cases there cited.

The judgment is therefore affirmed.